DAVID WOLFF, DEFENDANT IN ERROR, v. MAUD M. MEYER, PLAINTIFF IN ERROR.

Argued March 5, 1908—Decided June 15, 1908.

On error to the Supreme Court, whose opinion is reported in 46 *Vroom* 181.

For the plaintiff in error, *John A. Kiernan* and *Clarence D. Meyer*.

For the defendant in error, *Samuel Koestler*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BERGEN, MINTURN, BOGERT, VREDENBURGH, GREEN, GRAY, DILL, J.J.  10.

*For reversal*—VOORHEES, VROOM, J.J.  2.